No. 64. HYSLER *v.* FLORIDA. April 6, 1942. The opinion of the Court is amended as follows: On page 8 of the slip opinion, strike out the first five sentences of the first paragraph.

The petition for rehearing is denied.

No. 745. SCHENECTADY UNION PUBLISHING CO. *v.* SWEENEY. Certiorari, 314 U. S. 605, to the Circuit Court of Appeals for the Second Circuit. Argued March 31, April 1, 1942. Decided April 13, 1942. *Per Curiam:* The judgment is affirmed by an equally divided Court. MR. JUSTICE JACKSON took no part in the consideration or decision of this case. *Mr. Morris L. Ernst,* with whom *Messrs. William A. Roberts, Benjamin Kaplan,* and *Edgar Turlington* were on the brief, for petitioner. *Mr. John O'Connor,* with whom *Mr. William F. Cusick* was on the brief, for respondent. Briefs of *amici curiae* were filed by *Mr. Edmund D. Campbell* on behalf of the American Civil Liberties Union; by *Messrs. Milton Handler, Henry H. Nordlinger,* and *David Sher* on behalf of the American Jewish Committee et al.; and by *Mr. Charles J. Tobin* on behalf of the New York State Publishers Assn.,—urging reversal.